**David C. HERRON, Plaintiff-Appellant,**

v.

**Margaret M. HECKLER, Secretary of Health & Human Services, Defendant-Appellee.**

No. 85–1192
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 11, 1985.

---

James A. Rolfe, U.S. Atty., Charles N. Ory, Asst. U.S. Atty., Dallas, Tex., Ms. Gayla Fuller, Acting Reg. Atty., Office of Gen. Counsel, Dept. of Health & Human Service, Karen J. Behner, Atty., Dallas, Tex., for defendant-appellee.

Before REAVLEY and TATE, Circuit Judges.[*]

## OPINION

TATE, Circuit Judge.

A panel rehearing is GRANTED and we VACATE our unpublished decision of August 27, 1985 in the above-captioned case. The matter will be resubmitted to the panel upon the record and briefs previously filed and the supplementary briefs requested October 10, 1985.